**LaSalle National Bank, as Trustee Under Trust Agreement No. 22,379, Appellee, v. Ray W. Smith, Appellant.**

**Gen. No. 11,437.**

Second District, First Division.

February 28, 1961.

Roy S. Lasswell, of Geneva, for appellant; McDermott, Will & Emery, of Chicago, and Kirkland, Brady, McQueen & Churchill, of Elgin, for appellee. Opinion by JUDGE DOVE. **Not to be published in full.**